IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY JAMES, Individually and as Administratrix of the Estate of Richard James,  :  :  : | |
| Plaintiff : | |
| v. : | CIVIL ACTION NO. 14-cv-5667-JLS |
| : | |
| RONALD DAWLEY; PALMER FISH CO., INC. a/k/a/ PALMER FISH CO. a/k/a PALMER FISH; CONWAY BEAM LEASING INC.; G & C FOOD DISTRIBUTORS & BROKERS, INC. a/k/a G & C FOODS,  :  :  :  :  :  : | JURY TRIAL DEMANDED |
| Defendants | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims in this action, with each party to bear its own costs and fees. The Defendants have not served an answer or motion for summary judgment as of the filing of this Notice of Dismissal. The Plaintiff has not previously dismissed any federal or state-court action based on or including the same claim.

McNEES WALLACE & NURICK LLC

Date: April 16, 2015            By /s/ James J. Franklin
                                Guy H. Brooks
                                PA I.D. No. 49672
                                James J. Franklin
                                PA I.D. No. 306458
                                100 Pine Street, P.O. Box 1166
                                Harrisburg, PA  17108-1166
                                (717) 232-8000

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the document is being served electronically upon Counsel of Record:

Platte B. Moring, III, Esq.
White and Williams LLP
3701 Corporate Parkway, Suite 300
Center Valley, PA 18034-8233

/s/ James J. Franklin
James J. Franklin

*Counsel for Plaintiff*

Dated:  April 16, 2015